| | |
|---|---|
| 1 | STEVEN H. GURNEE, ESQ. SB# 66056 |
| | DAVID M. DANIELS, ESQ. SB# 170315 |
| 2 | NICHOLAS P. FORESTIERE, SB# 125118 |
| | GURNEE & DANIELS LLP |
| 3 | 2240 Douglas Boulevard, Suite 150 |
| | Roseville, CA  95661-3805 |
| 4 | Telephone     (916) 797-3100 |
| | Facsimile       (916) 797-3131 |
| 5 | |
| | Attorneys for Defendants |
| 6 | ALDERWOODS GROUP, INC., PAUL HOUSTON |
| | SERVICE CORPORATION INTERNATIONAL, |
| 7 | SCI FUNERAL AND CEMETERY PURCHASING |
| | COOPERATIVE, INC., SCI EASTERN MARKET |
| 8 | SUPPORT CENTER, L.P., SCI WESTERN MARKET |
| | SUPPORT CENTER, L.P., and SCI HOUSTON |
| 9 | MARKET SUPPORT CENTER, L.P. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 14 | WILLIAM HELM, DEBORAH PRISE, ) | No.  CV 08-01184 SI |
| 15 | HEATHER P. RADY, et al., on behalf of ) | |
| | themselves and all other employees and former ) | |
| 16 | employees similarly situated, ) | **[PROPOSED] ORDER EXTENDING** |
| | ) | **DEADLINE TO COMPLY WITH ADR** |
| 17 | Plaintiffs, ) | **REQUIREMENTS** |
| 18 | vs. ) | |
| | ) | |
| 19 | ALDERWOODS GROUP, INC., PAUL A. ) | |
| 20 | HOUSTON, SERVICE CORPORATION ) | |
| | INTERNATIONAL, SCI FUNERAL AND ) | |
| 21 | CEMETERY PURCHASING ) | |
| | COOPERATIVE, INC., SCI EASTERN ) | |
| 22 | MARKET SUPPORT CENTER, L.P., SCI ) | |
| 23 | WESTERN MARKET SUPPORT CENTER, ) | |
| | L.P., a/k/a SCI WESTERN MARKET ) | |
| 24 | SUPPORT CENTER, INC., and SCI ) | |
| 25 | HOUSTON MARKET SUPPORT CENTER, ) | |
| | L.P. ) | |
| 26 | ) | |
| | Defendants. ) | |
| 27 | | |

28  [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLY WITH ADR
REQUIREMENTS                                                                                                 1

Case No.:  CV 08-01184 SI

1
2   Pursuant to the Stipulation of counsel and good cause appearing, the deadlines relative to
3 counsel and the parties filing their ADR Certifications and either 1) a Stipulation and [Proposed]
4 Order Selecting ADR Process, or 2) a Notice of Need for ADR Phone Conference pursuant to Civil
5 L.R. 16-8(b), ADR L.R. 3-5(b), Civil Local Rule 16-8(c), and ADR L.R. 3-5(c), (d) are hereby
6 postponed until after the Court has issued its ruling on Defendants' motion to transfer this action to
7 the U.S. District Court for the Western District of Pennsylvania. The court will set a new date for
8 compliance with the aforementioned ADR requirements at the time of the initial Case Management
9 Conference which will be held on July 25, 2008 at 2:00 p.m.
10
11  **IT IS SO ORDERED.**
12
13  Dated:_____          _____
14                                    Honorable Susan Illston
                                      United States District Court
15
16
...
28  [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLY WITH ADR
    REQUIREMENTS                                                                        2

Case No.: CV 08-01184 SI