BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile:  (510) 835-6666
rbodzin@BurnhamBrown.com

Attorneys for Plaintiffs

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ALDERWOODS GROUP, INC., <br><br> Defendant. | **CASE NO.  3:08-CV-01184 SI** <br><br> **[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

1.      The date for the further Case Management Conference, previously set for July 30, 2010 is moved to **September 10, 2010 at 3:00 p.m.**

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
1

Case No.:  3:08-CV-01184 SI

1

**IT IS SO ORDERED:**

2

_(signature)_

3
_____
Honorable Susan Illston
United States District Court

4

5

**AGREED TO:**

6

Dated: July 21, 2010

7

8

By: /s/ Sarah Cressman                    By: /s/ John A. Mason
_____       _____

9
        J. Nelson Thomas (*pro hac vice*)          Steven H. Gurnee

10
        Patrick J. Solomon (*pro hac vice*)        Nicholas P. Forestiere
        Annette Gifford (*pro hac vice*)           John A. Mason

11
        Sarah Cressman (*pro hac vice*)            GURNEE & DANIELS LLP
        THOMAS & SOLOMON LLP                       2240 Douglas Blvd, Suite 150

12
        693 East Avenue                            Roseville, CA 95648
        Rochester, NY  14607                       Telephone:  916-797-3100

13
        Telephone:  585-272-0540                   Facsimile:  916-797-3131
        Facsimile:  585-272-0574

14
                                                   Counsel for Defendant

15
        Robert M. Bodzin, State Bar No. 201327
        BURNHAM BROWN

16
        P.O. Box 119
        Oakland, CA 94604

17
        Telephone: (510) 835-6833
        Facsimile:  (510) 835-6666

18

19
        Charles H. Saul (*pro hac vice*)
        Liberty J. Weyandt (*pro hac vice*

20
        *pending*)
        Kyle T. McGee (*pro hac vice*)

21
        MARGOLIS EDELSTEIN

22
        525 William Penn Place
        Suite 3300

23
        Pittsburgh, PA 15219
        Telephone:  412-281-4256

24
        Facsimile:  412-642-2380

25
        Counsel for Plaintiffs

26

27

28

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
2

Case No.:  3:08-CV-01184 SI