1 | STEVEN H. GURNEE, ESQ. SB# 66056
2 | DAVID M. DANIELS, ESQ. SB# 170315
    | NICHOLAS P. FORESTIERE, SB# 125118
3 | GURNEE & DANIELS LLP
    | 2240 Douglas Boulevard, Suite 150
4 | Roseville, CA 95661-3805
    | Telephone    (916) 797-3100
5 | Facsimile    (916) 797-3131

Attorneys for Defendants
ALDERWOODS GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated, | ) No. CV 08-01184 SI |
|---|---|
| Plaintiffs, | ) **[PROPOSED] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE** |
| vs. | ) |
| ALDERWOODS GROUP, INC., | ) |
| Defendants. | ) |

Pursuant to the Stipulation of counsel and good cause appearing, the September 10, 2010 date for the Case Management Conference in this matter is hereby vacated and the Case Management Conference is continued to Friday, October 1, 2010 at 3:00 p.m. in Department 10 of this Court.

**IT IS SO ORDERED.**

Dated: _____

_[signature: Susan Illston]_
_____
Honorable Susan Illston
United States District Court

[PROPOSED] ORDER CONTINUING DATE FOR
CASE MANAGEMENT CONFERENCE                                                                 1
Case No.: CV 08-01184 SI